UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMMY WILLIAMS,

        Plaintiff,

v.

UNKNOWN KNAPP,

        Defendant.
_____/

Case No. 1:23-cv-115

Hon. Ray Kent

**JUDGMENT**

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of defendant and against plaintiff Tommy Williams.

Dated:  September 16, 2025        /s/ Ray Kent
                                          RAY KENT
                                          United States Magistrate Judge